UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
FEDERAL INSURANCE COMPANY;
VIGILANT INSURANCE COMPANY;              :    08 Civ. 7054 (LAK)
                                                                 **ECF CASE**
            Plaintiffs,                             :    **RULE 7.1**
                                                                 <u>**DISCLOSURE STATEMENT**</u>
    - against -                                  :

MEDITERRANEAN SHIPPING COMPANY       :
S.A. GENEVA; *et al.*
            Defendants.                           :

----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

Federal Insurance Company is a wholly owned subsidiary of the Chubb Corporation, a publicly traded company on the New York Stock Exchange. Vigilant Insurance Company is a wholly owned subsidiary of Federal Insurance Company which, in turn is a wholly owned subsidiary of the Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Date:   New York, New York
           August 7, 2008                    *s/David L. Mazaroli*
                                                         _____
                                                         David L. Mazaroli (DM 3929)
                                                         Attorney for Plaintiffs
                                                         11 Park Place - Suite 1214
                                                         New York, New York 10007
                                                         Tel.: (212)267-8480
                                                         Fax.: (212)732-7352
                                                         E-mail: dlm@mazarolilaw.com
                                                         File Nos.: 7C-1611, 8C-1623 and 8C-1684