David L. Mazaroli (DM-3929)
Attorney for Plaintiffs
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

-----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

|   |   |
|---|---|
| FEDERAL INSURANCE COMPANY; VIGILANT INSURANCE COMPANY; | : ECF CASE |
| Plaintiffs, | : 08 Civ. 7054 (LAK) |
| - against - | : **AMENDED COMPLAINT** |
| MEDITERRANEAN SHIPPING COMPANY S.A. GENEVA; SHIPCO TRANSPORT, INC.; LYNDEN INTERNATIONAL; LYNDEN AIR FREIGHT, INC.; M/V "MSC SICILY; M/V "MSC DONATA"; M/V "MSC MARAGUA"; M/V " MSC SARDINIA"; M/V "MSC CARACAS"; M/V "MSC CRISTOBAL"; M/V MSC "BELIZE", M/V "MSC LISA", their engines, tackles, boilers, etc.; | : |
| Defendants. | : |

-----------------------------------------------------------------x

Plaintiffs, through their undersigned attorney, allege as follows for their amended complaint against defendants upon information and belief:

1.   This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure with respect to the carriage of the subject cargo by sea and also falls within the Court's federal question, pendent, ancillary, and supplemental jurisdiction as to the remaining aspects of the claims in suit. Plaintiffs seek recovery for cargo damage and loss caused by defendants' breaches of contract and torts.

2.   Plaintiff Federal Insurance Company is a corporation organized under the laws of one of the fifty states with an office at 55 Water Street, New York, New York,

and sues herein as subrogated insurer of the cargo referred to in the annexed Schedules A and C, having paid the insurance claims of Quaker City Hide Company and Radiator Specialty Co. Inc., and for and on behalf of the shippers, consignees and owners of the cargo, as their interests may appear.

3. Plaintiff Vigilant Insurance Company ("Vigilant") is a New York corporation with its principal place of business in New Jersey and a place of business at 55 Water Street, New York, New York. Vigilant sues herein as subrogated insurer of the cargo referred to in the annexed Schedule B and D, having paid the insurance claim of The Charmer Sunbelt Group and Royal Coffee New York, Inc., and for and on behalf of the shipper, consignee and owner of that cargo as their interests may appear.

4. The captioned defendants are believed to be corporations organized under the laws of certain of the fifty states or foreign sovereigns.

5. This Court has jurisdiction over the *in personam* defendants, who conduct business in the State of New York as common carriers of cargo for hire, and the provision of services related thereto.

6. Upon information and belief the captioned vessels are now, or will be during the pendency of this action, within the admiralty and maritime jurisdiction of this Honorable Court or otherwise subject to jurisdiction pursuant to Rule 4(k) (2) Federal Rules of Civil Procedure.

7. This action involves damage and loss to the shipments of cargo carried aboard the above-mentioned vessels which are described more fully in bills of lading listed in the annexed Schedules A, B, C, and D, which are incorporated herein by reference.

8. As confirmed by the aforementioned bills of lading, the cargo was delivered into the care, custody and control of the respective defendants who contracted to carry the cargo from the specified places of receipt to the places of delivery. Although the shipments were in good order and condition at the places of receipt, at the time of

delivery by defendants the shipments were in damaged and depreciated condition and could not be used for intended purposes.

9. The aforementioned damage was caused by the unseaworthiness of the carrying vessels and containers as well as defendants' reckless failure to properly and safely load, stow, lash, stack, carry, discharge, deliver and care for the subject cargo.

10. As a result of the foregoing, plaintiff Federal Insurance Co. has sustained damages in the amount of $30,034.19 and plaintiff Vigilant Insurance Co. has sustained damages in the amount of $29,274.54 for which defendants are liable as common carriers, bailees and/or warehousemen for hire.

11. Plaintiffs sue on their own behalf and as agents and trustees for and on behalf of anyone else who may now have or hereafter acquire an interest in this action.

WHEREFORE, with respect to the shipment described in Schedule A judgment should be entered against defendant Mediterranean Shipping Co. S.A. ("MSC") in the amount of $11,088.00; with respect to the shipment described in Schedule B judgment should be entered against MSC in the amount of $23,092.65; and with respect to the shipment described in Schedule C judgment should be entered against defendants MSC, Lynden Air Freight, Inc., Lynden International, and Shipco Transport, Inc., jointly and severally, in the amount of $18,946.19 and with respect to the shipment described in Schedule D judgment should be entered against defendant Mediterranean Shipping Co. S.A. ("MSC") in the amount of $6,181.89. Plaintiffs also respectfully request an award of prejudgment interest at the rate of 9% per annum and the costs of this action and pray that this Honorable Court issue its process against the aforesaid vessels in rem.

Dated:   New York, New York
         August 20, 2008

                                        LAW OFFICES,
                                        DAVID L. MAZAROLI

                                        *s/David L. Mazaroli*
                                        _____
                                        David L. Mazaroli (DM 3929)
                                        Attorney for Plaintiffs
                                        11 Park Place - Suite 1214
                                        New York, New York 10007
                                        Tel.: (212)267-8480
                                        Fax.: (212)732-7352
                                        E-mail: dlm@mazarolilaw.com
                                        File No.: 7C-1611, 8C-1632
                                        8C-1684 and 8C-1764

# **SCHEDULE A**

| | |
|---|---|
| Subrogated Insurer: | Federal Insurance Company |
| Subrogor: | Quaker City Hide Company |
| Vessel: | M/V "MSC SICILY" |
| Voyage: | 105A |
| Vessel: | M/V "MSC DONATA" |
| Voyage: | 27R |
| B/L No: | MSCUMT636927 |
| Dated: | June 18, 2007 |
| Port of Loading: | Montreal, Canada |
| Port of Discharge: | La Spezia, Italy |
| Place of Delivery: | Santa Croce Sull'Arno, Italy |
| Container Nos.: | MSCU2635692 and MEDU2051340 |
| Commodity: | Calfskins hides |
| Claim Amount: | $11,088.00 |
| Mediterranean File: | 6237 |
| Chubb File: | 254900/03 |
| DLM File: | 7C-1611 |

# **SCHEDULE B**

| | |
|---|---|
| Subrogated Insurer: | Vigilant Insurance Company |
| Subrogor: | The Charmer Sunbelt Group |
| Vessel: | M/V "MSC MARAGUA" |
| Voyage: | 741R |
| Vessel: | M/V "MSC SARDINIA" |
| Voyage: | 44R |
| B/L No: | MSCULI380001 |
| Dated: | August 16, 2007 |
| Port of Loading: | Valparaiso, Chile |
| Port of Discharge: | Norfolk, Virginia |
| Container No.: | CRXU4767679 |
| Commodity: | Wines |
| Claim Amount: | $23,092.65 |
| Chubb File: | 46919/16 |
| DLM File: | 8C-1632 |

## SCHEDULE C

| | |
|---|---|
| Subrogated Insurer: | Federal Insurance Company |
| Subrogor: | Radiator Specialty Co. Inc./Qingdao Zhonglianzin Motor Auto Management Co. Ltd. |
| Vessel: | M/V "MSC CRISTOBAL" |
| Voyage: | 735A |
| Vessel: | M/V "MSC CARACAS" |
| Voyage: | 734A |
| MSC B/L No.: | MSCUTD381301 dated June 12, 2007 |
| Lynden B/L No.: | 40318562 (booking MSCUCHS098045) dated June 12, 2007 |
| Shipco B/L No.: | QIN1577528 dated o/a June 12, 2007 |
| Port of Loading: | Charleston, South Carolina |
| Port of Discharge: | Qingdao, China |
| Container No.: | MSCU2755050 |
| Cargo: | automotive car care products |
| Claim Amount: | $18,946.19 |
| MSC File: | 2007-5637-7351-2 |
| Lynden File: | 40318562 |
| Shipco File: | CBCLON-9989 |
| Chubb File: | 68678.01 |
| DLM File: | 8C-1684 |

## **SCHEDULE D**

| | |
|---|---|
| Subrogated Insurer: | Vigilant Insurance Company |
| Subrogor: | Royal Coffee New York, Inc. |
| Vessel: | M/V "MSC BELIZE" |
| Voyage: | 749R |
| Vessel: | M/V "MSC LISA" |
| Voyage: | G808A |
| B/L No: | MSCUCG007846 |
| Dated: | March 8, 2008 |
| Port of Loading: | Puerto Limon |
| Port of Discharge: | New York |
| Container No.: | MSCU3841260 |
| Commodity: | Coffee |
| Claim Amount: | $6,181.89 |
| MSC Ref.: | 2008-5796-7492-2 |
| Chubb File: | 7876307-01 |
| DLM File: | 8C-1764 |