```
DLM REFS.: 7C-1611, 8C-1632, 8C-1684 and 8C-1764
```

WAIVER OF SERVICE OF SUMMONS

TO:   David L. Mazaroli, Attorney for Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the action of **FEDERAL INSURANCE COMPANY**, et al. v. **MEDITERRANEAN SHIPPING COMPANY S.A. GENEVA"**, et al. which is case number **08 CIV. 7054 (LAK)** in the United States District Court for the Southern District of New York. I have also received a copy of the amended complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **August 27, 2008**, or within 90 days after that date if the request was sent outside the United States.

Mediterranean Shipping Company
S.A. Geneva
c/o Mediterranean Shipping
Company (USA) Inc.
420 Fifth Avenue
New York, New York 10018

28 AUGUST 2008
Date

Signed: _____
Name: STEFAAN DECONINCK
Title: REGIONAL CLAIMS MANAGER
Company: MEDITERRANEAN SHIPPING COMPANY S.A.